# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PAUL COLE

NO. 2024 KW 0933

**DECEMBER 16, 2024**

---

In Re:     Paul Cole, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, Nos. 623701, 624243, 624244.

---

**BEFORE:   GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT DENIED.** This application appears to be a writ of habeas corpus filed with this court in the first instance. Relator must first seek relief in the district court.

**JMG**
**AHP**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT